1018

THE STATE OF WASHINGTON, *Respondent*, v. ZANE
L. BEBEE, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 90-8-00068-5, Gary W. Velie, J., entered July 27, 1990. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Petrich, C.J., and Seinfeld, J.

DIANE RAUTIO, ET AL, *Appellants*, v. TRAN BACH
TUYET, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-08716-1, Waldo F. Stone, J., entered February 26, 1991. *Reversed* by unpublished opinion per Wieland, J. Pro Tem., concurred in by Seinfeld, J., and Pearson, J. Pro Tem.

RANDALL LEE PORCHER, ET AL, *Appellants*, v. D.W.
CLOSE, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-09020-7, Thomas R. Sauriol, J., entered March 4, 1991. *Affirmed* by unpublished opinion per Wieland, J. Pro Tem., concurred in by Seinfeld, J., and Pearson, J. Pro Tem.